Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:10-CV-02098-LJO-SMS |
| Plaintiff, | **REQUEST FOR DISMISSAL OF ENTIRE ACTION;ORDER** |
| vs. | |
| JONG YUL PARK, et al., | |
| Defendants. | |

WHEREAS, Defendants Jong Yul Park dba Total Fashion and Pacheco Plaza, LLC ("Defendants") have not filed a responsive pleading in this action;

WHEREAS, Plaintiff and all Defendants have reached a settlement;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that the action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(2).

Date: January 27, 2011                    MOORE LAW FIRM, P.C.

/s/Tanya E. Moore_____
Tanya E. Moore
Attorneys for Plaintiff

*Moore v. Jong Yul Park, et al.*
Request for Dismissal

1

**<u>ORDER</u>**

2

Good cause appearing,

3

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

4

IT IS SO ORDERED.  The Clerk of the Court is directed to close this action in its

5

entirety.

6

7

Dated: <u>January 27, 2011</u>          /s/ Lawrence J. O'Neill_____

8

United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Moore v. Jong Yul Park, et al.*
Request for Dismissal